IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHOMAS T. WINSTON,

    Plaintiff,

v.

                                        Case No. 20-cv-367-jdp

FREDERICK W. KRON, EILEEN MURPHY,
SHERRI A. PULDA, KRIS DEYOUNG and
WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Shomas T. Winston's claims against Frederick W. Kron and Eileen Murphy and Wisconsin Department of Corrections.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sherri A. Pulda and Kris DeYoung in accordance with the jury's verdict.

Approved as to form this _9TH_ day of March, 2022.

_____
James D. Peterson
District Judge

_____      3/9/22
Peter Oppeneer, Clerk of Court          Date