UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF WISCONSIN

THOMAS T. WINSTON,
Plaintiff

v.                                    Case No. 20-cv-367-jdp

FREDERICK W. KRON, et al.,
Defendants

## NOTICE OF APPEAL

Notice is given that the plaintiff, Thomas T. Winston, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment/jury verdict entered in this action on March 9th, 2022.

Dated this and signed this 14th day of March, 2022. Boscobel, Wisconsin.

Respectfully,

Thomas T. Winston, 467059 pro se
Wisconsin Secure Program Facility
PO Box 1000
Boscobel, WI 53805